**Dennis G. LACHANCE Plaintiff–Appellant**

v.

**Carolyn W. COLVIN, Acting Commissioner of Social Security Administration Defendant–Appellee**

No. 15-3010

United States Court of Appeals, Eighth Circuit.

Submitted: August 3, 2016

Filed: August 8, 2016

Dennis G. LaChance, Pro Se

Nicholas P. Llewellyn, Assistant U.S. Attorney, Saint Louis, MO, Kristi Schmidt, Deputy Chief Counsel, Sean Stewart, Assistant Regional Counsel, Kansas City, MO, for Defendant–Appellee

Before COLLOTON, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Dennis G. LaChance appeals from the order of the District Court[1] affirming the Commissioner's decision to deny disability insurance benefits made after a hearing before an administrative law judge. We have reviewed the record de novo and considered LaChance's submissions on appeal, and we are satisfied that the decision is supported by substantial evidence on the record as a whole; that the new material submitted by LaChance does not warrant reconsideration of the benefits decision; and that his arguments on appeal provide no basis for remand or reversal. We affirm the judgment of the District Court. See 8th Cir. R. 47B.

---

1. The Honorable David D. Noce, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(b).